UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| CHARLIE LEE BLAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV412-306 |
| | ) | |
| UNION CAMP INTERNATIONAL PAPER, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Charlie Lee Blake moves the IRS and Social Security Administration to produce documents under the Freedom of Information Act ("FOIA"). (Docs. 5 & 7.) Notably, he has not sued either agency under that statute. Instead, he apparently hopes to use this Court's discovery procedures in this related matter to obtain the information he seeks. The FOIA cannot be used in such a manner. If Blake needs the records he is requesting and has exhausted his FOIA administrative remedies under 5 U.S.C. § 552(a)(6)(C), he may file an FOIA action against each agency in the District where he resides, where the agency

records are located, or in the District of Columbia. 5 U.S.C. § 552(a)(4)(B). If, on the other hand, the documents are within the possession of defendant, as Blake suggests, he may pursue production once discovery has commenced, after the filing of the parties' Fed. R. Civ. P. 26(f) report. *See* Fed. R. Civ. P. 26(a)(1)(C) (initial disclosures must be made within 14 days after the Rule 26(f) conference; hence, the Rule 26(f) conference starts the discovery period). Accordingly, Blake's motions to produce (docs. 5 & 7) are **DENIED**. The Court also **DENIES** Blake's motion for a hearing. (Doc. 6.)

**SO ORDERED** this 21st day of May, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA