# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

CHARLIE LEE BLAKE,            )
                              )
    Plaintiff,           )
                              )
v.                            )     Case No. CV412-306
                              )
UNION CAMP INTERNATIONAL      )
PAPER,                        )
                              )
    Defendant.           )

## ORDER

Charlie Lee Blake has filed a motion asking the Court grant him judgment against defendant as a sanction for defense counsel's misrepresentations as to his failure to attend the Fed. R. Civ. P. 26(f) conference. (Doc. 23.) The motion is **DENIED**. The Court sees no reason to impose sanctions against either party for the issues surrounding the Rule 26(f) conference and report. As it explained in the scheduling order, no sanctionable conduct appears to have occurred. (Doc. 28.) Furthermore, to the extent he seeks a judgment on the pleadings, his motion fails. "Judgment on the pleadings is proper when

no issues of material fact exist, and the movant is entitled to judgment as a matter of law." *Ortega v. Christian*, 85 F.3d 1521, 1526 (11th Cir. 1996), *citing* Fed. R. Civ. P. 12(c). Here, there are issues of material fact remaining.

The Court also **DENIES** Blake's motion to "expedite the number of days in which the Rule 26 Report is required to be submitted in this case." (Doc. 30.) The Court had already entered a scheduling order months prior to that motion. (Doc. 28.) No further Rule 26(f) filings are necessary.

**SO ORDERED** this 17th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA