IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLIE BLAKE,           )
                         )
    Plaintiff,           )
                         )
v.                       )    CASE NO. CV412-306
                         )
UNION CAMP INTERNATIONAL )
PAPER,                   )
                         )
    Defendant.           )
                         )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 65), to which objections have been filed (Doc. 67). Defendant has also filed a response to Plaintiff's objections (Doc. 68), to which Plaintiff has filed a reply (Doc. 69). After careful consideration, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Defendant's Motion for Summary Judgment (Doc. 37) is **GRANTED**. All pending motions are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of September 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA